[Nos. 27962-6-III; 30304-7-III.   Division Three.   June 28, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BERNARD RIALS, *Appellant*.

*In the Matter of the Personal Restraint of* BERNARD RIALS, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-02840-9, Tari S. Eitzen, J., entered March 25, 2009, together with a petition for relief from personal restraint. Judgment *reversed* and petition *dismissed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Sweeney, J.

[No. 28792-1-III.   Division Three.   June 28, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MONTE DEAN JOHNSTON, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 09-1-00203-4, Donald W. Schacht, J., entered January 15, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Sweeney, J.

[No. 30010-2-III.   Division Three.   June 28, 2012.]

SANDRA ARTIACH, *Respondent*, v. GMRI, INC./DARDEN RESTAURANTS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 08-2-01590-3, Blaine G. Gibson, J., entered May 20, 2011. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Siddoway, A.C.J., and Kulik, J.